UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IVAN HERNANDEZ,

    Plaintiff,

v.                               Case No: 2:22-cv-296-JES-NPM

BEYOND MOTION, INC.,
Florida Profit Corporation,
AMY L. LADEMANN,
individually and ERICH M.
LADEMANN, individually,

    Defendants.

**OPINION AND ORDER**

This case comes before the Court on defendants' Motion to Dismiss (Doc. #15) filed on July 1, 2022. On July 18, 2022, plaintiff timely filed a first Amended Complaint (Doc. #16). See Fed. R. Civ. P. 15(a)(1)(B). Accordingly, the Motion to Dismiss (Doc. #15) is **denied as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of July, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record